FILED IN OPEN COURT

NOV 28 2017

CHARLES R. DIARD, JR.
CLERK

GBK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 17-00248-WS |
| | * | USAO NO. 16R00512 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 1347 |
| PAROME MAURICE MCGILL | * | 18 USC §1002 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 30, 2002, to on or about December 13, 2016, in the Southern District of Alabama, Southern Division, the defendant,

**PAROME MAURICE MCGILL**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud the United States Defense Health Agency, namely, Tricare Health Insurance and obtain by means of false and fraudulent pretenses, representations, or promises, money and property owned or under the custody and control of a health care benefit program. Specifically, **PAROME MAURICE MCGILL,** knowingly caused and attempted to cause billings to be submitted to Tricare Health Insurance, claiming health benefits and reimbursement for medical services which **PAROME MAURICE MCGILL** knew were unsupported and false when submitted to Tricare Health Insurance. In that he falsely represented and stated he was in the United States Navy, when in fact, he well knew that he had been discharged from the United States Navy on March 6, 2001, and was not authorized to receive any continued health care benefits provided by the Department

1

of Defense.

In violation of Title 18, United States Code, Section 1347.

## COUNT TWO

On or about September 9, 2016, in the Southern District of Alabama, Southern Division, the defendant,

**PAROME MAURICE MCGILL**

did willfully, knowingly and with intent to defraud the United States, or any agency thereof, possess a false, altered, forged or counterfeit writing or document of the United States. Specifically, **PAROME MAURICE MCGILL** forged United States Navy orders stating that he was ordered back into re-enlistment, along with false temporary travel orders and forged the name of an officer on said documents in order to obtain a Naval Identification Card to falsely obtain medical benefits and gain access to naval bases.

In violation of Title 18, United States Code, Section 1002.

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

GREGORY A. BORDENKIRCHER
Assistant United States Attorney

VICKI M. DAVIS
Assistant United States Attorney
Chief, Criminal Division                NOVEMBER 2017

2